USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

CALVIN DUBOSE,

                Defendant.
-----------------------------------------------------------X

ORDER

19 CR 841

The Court is scheduling a conference in this matter for Friday, February 14, 2020 at 11:30 am. Counsel for the Government is respectfully requested to have the Defendant produced for the conference and to make arrangements for (substitute) CJA counsel to be present.

Dated: New York, New York
       February 12, 2020

*RMB*

RICHARD M. BERMAN, U.S.D.J.