UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                               Government,

                            19 Cr 841 (RMB)

       - against -                           **ORDER**

Calvin Dubose,

                               Defendant.
-------------------------------------------------------------x

The conference in this matter is rescheduled from 12:30 pm on March 12, 2020 to 11:30 am on March 18, 2020.

Dated: New York, New York
       March 11, 2020

                                        **RICHARD M. BERMAN**
                                            U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020