UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,            :     19 Cr. 841 (RMB)
                                           :
        - against -                        :     **ORDER**
                                           :
Calvin Dubose,                             :
                    Defendant.             :
---------------------------------------------------------------x

The conference currently scheduled for Wednesday, March 18, 2020 at 11:30 a.m.

is hereby rescheduled to Wednesday, April 1, 2020 at 10:00 a.m.


Dated: New York, New York
       March 13, 2020


                                            _/s/ Richard M. Berman_
                                              **RICHARD M. BERMAN**
                                                   **U.S.D.J.**