


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2020

**VIA ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    *United States v. Calvin Dubose*, **19 Cr. 841 (RMB)**

Dear Judge Berman:

     Earlier today, the Court held a status conference in the above-captioned case where the parties' respective positions were communicated to Court. This included the status of ongoing discussions toward a pretrial resolution. Because these discussions are ongoing, the Court scheduled a case conference for June 18, 2020 to allow the parties additional time to attempt to resolve this matter without the need for a trial. The Government writes, with the consent of defense counsel, to respectfully move the Court to exclude the time between today, May 7, 2020 and June 18, 2020, from the provisions of the Speedy Trial Act to allow the parties' discussions to continue. The parties respectfully submit that the need for exclusion and the ends of justice outweigh the interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

     /s/ Dominic A. Gentile
Dominic A. Gentile
Assistant United States Attorney
(212) 637-2567

Application granted for the reasons set forth in this letter.

SO ORDERED:
Date: 5/11/2020
Richard M. Berman, U.S.D.J.

cc: Edward V. Sapone, Esq. (Via ECF)
    Chase Ruddy, Esq. (Via ECF)