**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

     -against-

CALVIN DUBOSE,
                    Defendant.
----------------------------------------------------------------X

19 CR. 841 (RMB)

**ORDER**

       The conference scheduled for Wednesday, September 2, 2020 at 9:00 AM will be held by video via CourtCall.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     USA Toll-Free Number: (855) 268-7844
     Access Code: 67812309#
     PIN: 9921299#

Dated: September 1, 2020
      New York, NY

                               RICHARD M. BERMAN
                                 U.S.D.J.