**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

    -against-

CALVIN DUBOSE,
                    Defendant.
------------------------------------------------------------X

19 CR. 841 (RMB)

**ORDER**

       The status conference scheduled for Wednesday, September 23, 2020 at 9:00 AM will be held telephonically.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0841

Dated: September 17, 2020
       New York, NY

                                             RICHARD M. BERMAN
                                             U.S.D.J.