UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                                :
                    Government,         :        19 CR. 841 (RMB)
                                                :
      - against -                              :        **ORDER**
                                                :
CALVIN DUBOSE,                                 :
                    Defendant.          :
---------------------------------------------------------------x

       The Court will hold a status conference in this case on Monday, November 16, 2020 at 12:00 PM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0841

Dated: November 12, 2020
       New York, NY

                                          _____
                                             RICHARD M. BERMAN
                                                  U.S.D.J.