**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

CALVIN DUBOSE,
                Defendant.
------------------------------------------------------------X

19 CR. 841 (RMB)

**ORDER**

      The status conference scheduled for Monday, November 30, 2020 at 9:00 AM will be held telephonically.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: November 24, 2020
       New York, NY

                                _____
                                  RICHARD M. BERMAN
                                       U.S.D.J.