# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate |
| Edward V. Sapone, Esq., Partner | Michael Vitaliano, Esq., Associate |
| <u>MANHATTAN</u> | <u>LONG ISLAND</u> |
| 40 Fulton Street, 23rd Floor | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10038 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (347) 408-0492 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: william@saponepetrillo.com |

November 27, 2020

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *United States v. Calvin Dubose*
         <u>Docket No.: 19-CR-841</u>

Dear Judge Berman:

  I am CJA counsel to Defendant Calvin Dubose, and I write to respectfully request an adjournment of Monday's (11/30) conference to December 8, 2020 at 9:00 AM, or any time after 1:00 PM. December 8th is the first date on which AUSA Gentile and I can both be available, and if my memory serves me, the Court invited oral argument of our pretrial motions.

  Your Honor may recall that my wife has been recovering from a surgery. She is suffering a setback, and I must be with her and heart specialists in the hospital all day on Monday.

  The government consents to this request.

  Your Honor's consideration is greatly appreciated.

Application granted. Oral argument will take place on Wednesday, December 9, 2020 at 12:00pm.

SO ORDERED:
Date: 11/29/2020
/s/ Richard M. Berman
Richard M. Berman, U.S.D.J.

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone