**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                19 CR. 841 (RMB)

 -against-

                **ORDER**

CALVIN DUBOSE,
      Defendant.
------------------------------------------------------------X

  The oral argument scheduled for Wednesday, December 9, 2020 at 12:00 PM will be held telephonically.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0841

Dated: December 2, 2020
   New York, NY

              _____
              RICHARD M. BERMAN
              U.S.D.J.