UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

CALVIN DUBOSE,
                Defendant.
------------------------------------------------------------X

19 CR. 841 (RMB)

**ORDER**

      The status conference previously scheduled for Wednesday, February 3, 2021 at 12:30 PM is hereby rescheduled to 12:00 PM on the same date. The conference will be held telephonically.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: January 28, 2021
       New York, NY

                                              _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.