**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                   19 CR. 841 (RMB)

   -against-

                                                                                                 **ORDER**

CALVIN DUBOSE,
                Defendant.
------------------------------------------------------------X

       The Court is scheduling a status conference for Wednesday, April 28, 2021 at 12:00 PM. In light of the continuing COVID-19 pandemic, the conference will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: April 14, 2021
        New York, NY

                                                  _____
                                                      RICHARD M. BERMAN
                                                            U.S.D.J.