UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

 -against-

CALVIN DUBOSE,
      Defendant.
------------------------------------------------------------X

19 CR. 841 (RMB)

**ORDER**

  In light of the continuing COVID-19 pandemic, the change of plea hearing scheduled for Monday, May 24, 2021 at 11:00 AM will be held by video via CourtCall pursuant to the CARES Act and applicable implementing court procedures.

  Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  USA Toll-Free Number: (855) 268-7844
  Access Code: 32091812#
  PIN: 9921299#

Dated: May 20, 2021
   New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.