**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

    -against-

CALVIN DUBOSE,
                  Defendants.
------------------------------------------------------------X

19 CR. 841 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the sentencing scheduled for Monday, June 28, 2021 at 11:00 AM will be held by video via CourtCall pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (855) 268-7844
    Access Code: 32091812#
    PIN: 9921299#

Dated: June 23, 2021
       New York, NY

                                          _____
                                            RICHARD M. BERMAN
                                                  U.S.D.J.