UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

    -against-

CALVIN DUBOSE,
                Defendants.
------------------------------------------------------------X

19 CR. 841 (RMB)

**<u>ORDER</u>**

      The sentencing scheduled for Monday, June 28, 2021 at 11:00 AM will now be held by telephone.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: June 25, 2021
       New York, NY

                                        RICHARD M. BERMAN
                                            U.S.D.J.