UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                19 CR. 841 (RMB)

  -against-

**ORDER**

CALVIN DUBOSE,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised hearing scheduled for Thursday, September 2, 2021 at 11:30 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: August 19, 2021
       New York, NY

                                  *Richard M. Berman*
                              _____
                                  RICHARD M. BERMAN
                                     U.S.D.J.