**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Government,

                                                                19 CR. 841 (RMB)

        -against-
                                                                **ORDER**

CALVIN DUBOSE,
                        Defendant.
------------------------------------------------------------X

        The supervised release hearing previously scheduled for Thursday, September 2, 2021 at 11:30 AM is hereby rescheduled to Wednesday, September 8, 2021 at 1:00 PM.

        In light of the continuing COVID-19 pandemic, the supervised hearing will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0841


Dated: September 2, 2021
        New York, NY


                                        _____
                                        RICHARD M. BERMAN
                                        U.S.D.J.