UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

              19 CR. 841 (RMB)

  -against-

**ORDER**

CALVIN DUBOSE,
                Defendant.
-----------------------------------------------------------X

    In light of the continuing COVID-19 pandemic, the supervised hearing scheduled for Tuesday, November 9, 2021 at 11:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: November 4, 2021
       New York, NY

                                        RICHARD M. BERMAN
                                            U.S.D.J.