UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                      19 CR. 841 (RMB)

   -against-

                                                      **ORDER**

CALVIN DUBOSE,
               Defendant.
------------------------------------------------------------X

      The supervised hearing previously scheduled for Tuesday, November 9, 2021 at 11:00 AM is hereby rescheduled to Wednesday, November 17, 2021 at 9:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: November 10, 2021
       New York, NY

                                                _____
                                                RICHARD M. BERMAN
                                                      U.S.D.J.