**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                         19 CR. 841 (RMB)
   -against-

                                                                      **<u>ORDER</u>**

CALVIN DUBOSE,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised hearing scheduled for Tuesday, February 8, 2022 at 9:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: February 2, 2022
           New York, NY

                                                *Richard M. Berman*
                                    _____
                                         RICHARD M. BERMAN
                                                U.S.D.J.