UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                              19 CR. 841 (RMB)
  -against-

                                                            **<u>ORDER</u>**

CALVIN DUBOSE,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Tuesday, March 8, 2022 at 1:00 PM is hereby adjourned to 2:30 PM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: March 3, 2022
       New York, NY

                                              _____
                                                 RICHARD M. BERMAN
                                                      U.S.D.J.