UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                          19 CR. 841 (RMB)

   -against-

                                                          **ORDER**

CALVIN DUBOSE,
               Defendant.
------------------------------------------------------------X

The supervised release hearing scheduled for Tuesday, March 8, 2022 at 2:30 PM is hereby rescheduled to Wednesday, March 16, 2022 at 1:00 PM.

In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0841

Dated: March 9, 2022
       New York, NY

_____
       RICHARD M. BERMAN
       U.S.D.J.