UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
          - against -                    :     19 CR. 841 (RMB)
                                         :
CALVIN DUBOSE,                           :     **ORDER**
                         Defendant.      :
-----------------------------------------------------------------x

      Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: March 14, 2022
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**

1