UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CALVIN DUBOSE,

           Defendant.

CASE NO.: 19 Cr. 841 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Wednesday, September 14, 2022, at 9:30 am is now **RESCHEDULED** to **Tuesday, September 13, 2022, at 9:30 am** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Dubose are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             August 18, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**