UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CALVIN DUBOSE,

           Defendant.

CASE NO.: 19 Cr. 841 (RMB)(SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Tuesday, September 12, 2023, is hereby converted into a videoconference hosted by the Court through the Microsoft Teams platform. Members of the public can use the following dial in number for audio only listening: (646) 453-4442; Phone Conference ID: 817 375 353#.

Dated:    New York, New York
             August 22, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**