UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                -v-

CALVIN DUBOSE,

                        Defendant.

CASE NO.: 19 Cr. 841 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The supervised release hearing scheduled for Wednesday, March 13, 2024 at 9:00 am is

now **RESCHEDULED** to **Monday, April 1, 2024 at 11:00 am** and will take place before Magistrate

Judge Sarah L. Cave.  Members of the public can use the following dial in number for audio only

listening: (646) 453-4442; Phone Conference ID: 817 375 353#.

Dated:      New York, New York
            February 23, 2024

                        SO ORDERED.

                        SARAH L. CAVE
                        **United States Magistrate Judge**