UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                    :
                      Government,    :    19 CR. 841 (RMB)
                                                    :
          - against -                      :    **ORDER**
                                                      :
CALVIN DUBOSE,                              :
                                  Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, June 25, 2024 at 10:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 861 721 283#

Dated: June 18, 2024
       New York, NY

                                                     _/s/ Richard M. Berman_
                                                    **RICHARD M. BERMAN**
                                                          **U.S.D.J.**